272-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
AWB LIMITED
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Manuel A. Molina (MM1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AWB LIMITED,

                      Plaintiff,

- against --

BREAKBULK MARINE SERVICES LTD.,

                      Defendant.
------------------------------------------------------------x

07 CIV 4001 ( PKL )

**RULE 7.1 STATEMENT**

AWB LIMITED, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       May 22, 2007

                                  FREEHILL HOGAN & MAHAR, LLP
                                  Attorneys for Plaintiff
                                  AWB LIMITED

                By: _____
                          Michael E. Unger (MU 0045)
                          Manuel A. Molina (MM 1017)

NYDOCS1/283788.1