FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
AWB LIMITED
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Fax: (212) 425-1900
Michael E. Unger (MU 0045(
Manuel A. Molina (MM 1017)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
AWB LIMITED,                                              07 CIV 4001 (PKL)

         Plaintiff,                                     **NOTICE OF VOLUNTARY**
                                                        **DISMISSAL**
    -against-

BREAKBULK MARINE SERVICES LTD.,

         Defendant.
-------------------------------------------------------x

    The above-captioned action having been settled, Plaintiff AWB LIMITED, pursuant to

Rule 41(a)(1) of the Federal Rules of Civil Procedure, provides notice of voluntary dismissal of

this action.

Dated: New York, New York
       June 15, 2007

                           FREEHILL HOGAN & MAHAR, LLP
                           Attorneys for Plaintiff
                           AWB LIMITED

               By: _/s/ Manuel A. Molina_____
                     Manuel A. Molina (MM 1017)

**SO ORDERED:**   6/18/07

_/s/ Peter K. Leisure_____
U.S.D.J.

NYDOCS1/285325.1